**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANGELA MOORE                                                                                    PLAINTIFF

v.                                              NO. 4:11CV00174 JLH

ARKANSAS DEPARTMENT OF
HEALTH; and BOB HIGGINBOTTOM                                                    DEFENDANTS

## ORDER

Presently before the Court is M. Stephen Bingham's Motion to Withdraw as Appointed Counsel. Good cause having been shown, the motion is GRANTED. Document #27.

The Court has previously determined that this case warrants the appointment of counsel. *See* docket entry #25. Pursuant to Local Rule 83.7, Eugene G. Sayre, of the Hatfield & Sayre Law Firm, 401 West Capitol Avenue, Suite 502, Little Rock, Arkansas 72201-3437, is hereby appointed to represent plaintiff, Angela Moore, in all further proceedings.

The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

IT IS SO ORDERED this 2nd day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE