**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANGELA MOORE                                                                                      PLAINTIFF

v.                                           NO. 4:11CV00174 JLH

ARKANSAS DEPARTMENT OF HEALTH;
and BOB HIGGINBOTTOM                                                                   DEFENDANTS

**ORDER**

Without objection, defendants' motion to extend the dispositive motions and status report deadlines is GRANTED. Document #30. The deadline is extended up to and including January 13, 2012.

IT IS SO ORDERED this 10th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE