# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANGELA MOORE                                                                                         PLAINTIFF

v.                                      NO. 4:11CV00174 JLH

ARKANSAS DEPARTMENT OF HEALTH;
and BOB HIGGINBOTTOM                                                                       DEFENDANTS

## ORDER

In an Order entered on February 3, 2012, the Court granted the motion of Eugene G. Sayre to withdraw as appointed counsel for Angela Moore and appointed Timothy A. Steadman to represent Moore. The Court also extended the time to respond to the pending motion for summary judgment but did not state a deadline for that response.

The Court ORDERS that Moore respond to the motion for summary judgment ***on or before March 30, 2012***.

IT IS SO ORDERED this 15th day of March, 2012.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE