**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANGELA MOORE                                                                                PLAINTIFF

v.                                        NO. 4:11CV00174 JLH

ARKANSAS DEPARTMENT OF HEALTH;
and BOB HIGGINBOTTOM                                                         DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of

the defendants on the claims of Angela Moore.  The complaint of Angela Moore is dismissed with

prejudice.

IT IS SO ORDERED this 15th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE