# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANGELA MOORE                                                              PLAINTIFF

v.                          NO. 4:11CV00174 JLH

ARKANSAS DEPARTMENT OF HEALTH;
and BOB HIGGINBOTTOM                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Angela Moore. The complaint of Angela Moore is dismissed with prejudice.

IT IS SO ORDERED this 15th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE